**DOUGLAS A. LINDE, ESQ. (SBN 217584) (dal@lindelaw.net)**
**ERICA ALLEN, ESQ. (SBN 234922) (ela@lindelaw.net)**
**THE LINDE LAW FIRM**
**9000 Sunset Boulevard, Ste. 1025**
**Los Angeles, California 90069**
**Telephone (310) 203-9333; Fax (310) 203-9233**

Attorneys for Plaintiff DENNIS MORRIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MORRIS<br><br>Plaintiff,<br><br>v.<br><br>THIERRY GUETTA; ITS A WONDERFUL WORLD, INC., and DOES 1 though 10, inclusive,<br><br>Defendants. | Case No. CV12-0684 JAK (RZx)<br>Complaint Filed: January 26, 2012<br>Honorable John A. Kronstadt<br><br>**PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION RE COPYRIGHT INFRINGEMENT**<br><br>Date:  October 22, 2012<br>Time: 8:30 a.m.<br>Place: Courtroom 750 |

**TO THE HONORABLE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 56-1, Plaintiff Dennis Morris submits the following statement of uncontroverted material facts and conclusions of law filed concurrently with his Motion for Summary Judgment**:**

# STATEMENT OF UNCONTROVERTED FACTS

**Plaintiff's Claim of Copyright Infringement (17 U.S.C. § 101 et. seq.)**

| No. | Uncontroverted Fact | Evidence |
|---|---|---|
| 1. | Dennis Morris took and owns the following original photograph: | Decl. Morris ¶¶ 1, 2, 3 |
| 2. | Dennis Morris did not authorize at any time, and Defendants to make, reproduce, sell, offer to sell, distribute or display any reproduction or use of any of this photograph. | Decl. Morris ¶ 4 |
| 3. | Defendant Guetta had access to the Subject Photograph. | *See* Exhibit 1, Defendants' Answer, ¶14; Exhibit 2, Defendant Guetta's Response To Request For Admission 6, 7, 9; Exhibit 3, Defendant IAWW's Response To Request For Admission 6, 7, 9; *See* |

| No. | Uncontroverted Fact | Evidence |
|---|---|---|
|  |  | Exhibit 4, Defendants Responses To Interrogatories, No. 8. |
| 4. | Defendants created and sold the "'Sid Vicious Multi-Color' in Primary Colors" work which appears as follows: | See, Decl. Linde, Exhibit 1 ¶ 17; Exhibit 4, Defendants Responses to Interrogatories, Set One, Interrogatory No. 1 and 2. |
| 5. | Defendants created and sold the "'Sid Vicious Multi-Color' in Pastels" work which appears as follows: | See, Decl. Linde, Exhibit 4, Defendants Responses to Interrogatories, Set One, Interrogatory No. 1 and 2. |
| 6. | Defendants created and sold the "'Sid Vicious Fabric" work which appears as follows: | See, Decl. Linde, Exhibit 4, Defendants Responses to Interrogatories, Set One, |

| No. | Uncontroverted Fact | Evidence |
|---|---|---|
|  |  | Interrogatory No. 1 and 2. |
| 7. | Defendants created and sold forty-two prints of "Sid Vicious" which appear as follows: | See, Decl. Linde, Exhibit 4, Defendants Responses to Interrogatories, Set One, Interrogatory No. 1 and 2. |
| 8. | Defendant created the "Sid Vicious Palm Trees" work which appears as follows: | See, Decl. Linde, Exhibit 4, Defendants Responses to Interrogatories, Set One, Interrogatory No. 1 and 2. |
| 9. | Defendant created the Broken Records Work which appears as follows: | Decl. Linde, ¶ 6; Declaration of Thierry Guetta, Docket No. 47-2, ¶3. |
| 10. | Defendant created the Mural which appears as follows: | Decl. Linde, ¶ 7. |

Dated: September 24, 2012          THE LINDE LAW FIRM

                                             By: /s/ Douglas A. Linde
                                             Douglas A. Linde
                                             Erica L. Allen
                                             Attorneys for Plaintiff Dennis Morris