# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MORRIS<br><br>Plaintiff,<br><br>v.<br><br>THIERRY GUETTA; ITS A WONDERFUL WORLD, INC., and DOES 1 though 10, inclusive,<br><br>Defendants. | Case No. CV12-0684 JAK (RZx)<br>Complaint Filed: January 26, 2012<br>Honorable John A. Kronstadt<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION**<br><br>**Date: October 22, 2012**<br>**Time: 8:30 a.m.**<br>**Place: Courtroom 750** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

///

///

///

1
ORDER RE: PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION

The Court having read and considered Plaintiff's Motion for Summary Adjudication and the papers filed by all parties in connection with the motion rules as follows:

_____  Plaintiff's Motion is GRANTED.

_____  Plaintiff's Motion is DENIED.

**IT IS SO ORDERED.**

DATE: _____   _____
Honorable John A. Kronstadt
United States District Judge