**DOUGLAS A. LINDE, ESQ. (SBN 217584) (dal@lindelaw.net)**
**ERICA ALLEN, ESQ. (SBN 234922) (ela@lindelaw.net)**
**THE LINDE LAW FIRM**
**9000 Sunset Boulevard, Ste. 1025**
**Los Angeles, California 90069**
**Telephone (310) 203-9333; Fax (310) 203-9233**

Attorneys for Plaintiff DENNIS MORRIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MORRIS<br><br>Plaintiff,<br><br>v.<br><br>THIERRY GUETTA; ITS A WONDERFUL WORLD, INC., and DOES 1 though 10, inclusive,<br><br>Defendants. | Case No. CV12-0684 JAK (RZx)<br>Complaint Filed: January 26, 2012<br>Honorable John A. Kronstadt<br><br>**DECLARATION OF DOUGLAS A. LINDE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION**<br><br>Time: 8:30 a.m.<br>Date: October 22, 2012<br>Place: Courtroom 750 |

**TO THE HONORABLE COURT, DEFENDANT AND ITS ATTORNEYS OF RECORD HEREIN:**

# DECLARATION OF DOUGLAS A. LINDE

I, DOUGLAS A. LINDE, declare:

1. I am an attorney licensed to practice before all the courts of the State of California and the Central District Court of California. I am a member of the Linde Law Firm and currently represent Plaintiff in this case.

2. Attached hereto as Exhibit 1, is a true and correct copy of the relevant portions of Defendants' Answer to Plaintiff's Complaint.

3. Attached hereto as Exhibit 2, is a true and correct copy of the relevant portions of Defendant Thierry Guetta's responses to Plaintiff's Request for Admissions, First Set. Exhibits "C," "D" and "E" refer to the Exhibits referenced therein. Exhibit "A" refers to the Subject Photograph.

4. Attached hereto as Exhibit 3, is a true and correct copy of the relevant portions of Defendant Its a Wonderful World's responses to Plaintiff's Request for Admissions, First Set. Exhibits "C," "D" and "E" refer to the Exhibits referenced therein. Exhibit "A" refers to the Subject Photograph.

5. True and correct copies of Defendants Interrogatory, Set One responses, are attached hereto as Exhibit 4.

6. Investigation has demonstrated that Defendants Thierry Guetta and It's a Wonderful World created and displayed the following artwork, which we have given the name the "Broken Records Work":



Attached hereto as Exhibit 5 is a true and correct copy of an article by Camille Dodero of the Village Voice, published on February 16, 2010, identifying the Broken Records Work as being displayed in Defendants' New York show.

7. Investigation has demonstrated that Defendants Thierry Guetta and It's a Wonderful World created and displayed the following artwork, which we have given the name the "Mural":



I declare under the penalty of perjury that all of the above is true and correct of my own personal knowledge. If called as a witness, I could and would testify competently to all of it.

Signed on September 24, 2012 in Los Angeles County, California.

                                                /s/ Douglas A. Linde
                                                Douglas A. Linde