UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV12-00684 JAK (RZx) | Date | May 28, 2013 |
| Title | Dennis Morris v. Thierry Guetta et al | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On May 24, 2013, Plaintiff filed "Notice of Settlement" (Dkt. 145). The Court sets an Order to Show Cause re Dismissal for July 1, 2013 at 1:30 p.m. If the parties file a dismissal by June 24, 2013, the matter will be taken off calendar and no appearance by counsel will be required.

The following matters are vacated:

The Post Mediation Status Conference, Trial Setting Conference and Defendants' Motion for Reconsideration (Dkt. 142), set for June 17, 2013.

Plaintiff's Motions in Limine:

No. 1: to Exclude Evidence of Other Lawsuits Filed by Dennis Morris (Dkt. 73)
No. 2: to Exclude Evidence of Other Photographs of Sid Vicious (Dkt. 74)
No. 3: to Exclude Evidence that Plaintiff Did Not Have Authorization to Re-Sell Photos of Sid Vicious and/or The Sex Pistols (Dkt. 75)
No. 4: to Exclude Evidence that Plaintiff Does Not Have a Copyright Registration (Dkt. 76)
No. 5: to Exclude Evidence that Plaintiff Did Not Send a Pre-Litigation Demand Letter (Dkt. 77)
No. 6: to Exclude Evidence, Argument and Testimony Relating to Andy Warhol (Dkt. 78)
No. 7: to Exclude Evidence, Argument and Testimony that Plaintiff is Not Entitled to Recover Damages for Works Sold Outside the Statute of Limitations (Dkt. 79)

Defendant's Motions in Limine:

No. 1: to Preclude Indirect Profits (Dkt. 80)
No. 2: to Exclude Evidence of Other Litigations (Dkt. 81)
No. 3: to Exclude Testimony by David Healey (Dkt. 82)

**IT IS SO ORDERED.**

: 

Initials of Preparer    ak